IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE GONZALEZ,

    Petitioner,                    No. CIV S-03-0398 LKK PAN P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.               FINDINGS AND RECOMMENDATIONS

        Petitioner is a former state prisoner on parole proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By this action, petitioner challenges a 2001 prison disciplinary conviction for possession of a controlled substance pursuant to which he lost 130 days of behavioral credits.

        On March 14, 2006, a court order served on petitioner's address of record was returned by the postal service as undeliverable.  On March 21, 2006, a reserved copy of that order was also returned as undeliverable.   Subsequently, the court was informed by officials with the California Department of Corrections and Rehabilitation that petitioner was discharged to parole on October 5, 2004.  Petitioner has not since his release advised the court of his new address as required by  Local Rule 83-182(f).  It appears that petitioner may have abandoned his claims and, in any event, the court is unable to serve petitioner with notice of any action taken in this case.

1  The court will therefore recommend that this action be dismissed without prejudice.  See Local
2  Rule 11-110.
3           In accordance with the above, IT IS HEREBY RECOMMENDED that this action
4  be dismissed without prejudice.  See Local Rule 11-110.
5           These findings and recommendations are submitted to the United States District
6  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
7  days after being served with these findings and recommendations, any party may file written
8  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
9  Findings and Recommendations."  The parties are advised that failure to file objections within
10 the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
11 F.2d 1153 (9th Cir. 1991).
12 DATED: May 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
gonz0398.133a