1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JIMMIE GONZALEZ,

11           Petitioner,                    No. CIV S-03-0398 LKK PAN P

12       vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,

14
             Respondents.              ORDER

15   _____/

16           Petitioner, a former state prisoner on parole proceeding pro se, has filed an

17   application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to

18   a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order

19   No. 262.

20           On June 2, 2006, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within twenty days.  Neither party has filed

23   objections to the findings and recommendations.

24           Although it appears from the file that petitioner's copy of  the findings and

25   recommendations were returned, petitioner was properly served.  It is the petitioner's

26   /////

                                        1

1  responsibility to keep the court apprised of his current address at all times.  Pursuant to Local

2  Rule 83-182(f), service of documents at the record address of the party is fully effective.

3         The court has reviewed the file and finds the findings and recommendations to be

4  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

5  ORDERED that:

6         1.  The findings and recommendations filed June 2, 2006, are adopted in full; and

7         2.  This action is dismissed without prejudice.  See Local Rule 11-110.

8  DATED: August 23, 2006

9

10

11

12                                    UNITED STATES DISTRICT JUDGE

    /gonz0398.803

13

14

15

16

17

18

19

20

21

22

23

24

25

26